1 | BURNHAM BROWN
2 | Robert M. Bodzin, State Bar No. 201327
  | P.O. Box 119
3 | Oakland, CA 94604
  | Telephone: (510) 835-6833
4 | Facsimile:  (510) 835-6666
  | rbodzin@BurnhamBrown.com

5 | Attorneys for Plaintiffs

6 | [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | CASE NO.  3:08-CV-01184 SI |
|---|---|---|
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION** |
| v. | ) ) | |
| ALDERWOODS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) ) ) | |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187), previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: October 29, 2009

By: /s/ J. Nelson Thomas
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2
Case No.: 3:08-CV-01184 SI