1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile: (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME     CASE NO.: 3:08-CV-01184 SI

1

1    **IT IS SO ORDERED:**                    Honorable Susan Illston
                                              United States District Court
2
3                                             _____
4
5    **AGREED TO:**
6
7
8    By: /s/ Annette Gifford                  By: /s/ John A. Mason
         J. Nelson Thomas (*pro hac vice*)        Steven H. Gurnee
9        Patrick J. Solomon (*pro hac vice*)      Nicholas P. Forestiere
         Annette Gifford (*pro hac vice*)         John A. Mason
10       THOMAS & SOLOMON LLP                     GURNEE & DANIELS LLP
         693 East Avenue                          2240 Douglas Blvd, Suite 150
11       Rochester, NY 14607                      Roseville, CA 95648
         Telephone: 585-272-0540                  Telephone: 916-797-3100
12       Facsimile: 585-272-0574                  Facsimile: 916-797-3131
13
         Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
14       BURNHAM BROWN
         P.O. Box 119
15       Oakland, CA 94604
         Telephone: (510) 835-6833
16       Facsimile: (510) 835-6666
17
         Charles H. Saul (*pro hac vice*)
18       MARGOLIS EDELSTEIN
         525 William Penn Place
19       Suite 3300
         Pittsburgh, PA 15219
20       Telephone: 412-281-4256
         Facsimile: 412-642-2380
21
22       Counsel for Plaintiffs
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME                  CASE NO.: 3:08-CV-01184 SI