BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | Case No. CV 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1     AND NOW this ____day of May, 2010, upon consideration of Plaintiffs' Request for Case

2 Management Conference, it is hereby ORDERED that this case is set for a Case Management

3 Conference on __6/4/10_____ at 3:00 p.m.

4

5 Dated: _____  _____*Susan Illston*_____

6                                                           Honorable Susan Illston

7                                                            United States District Court