| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | NICHOLAS P. FORESTIERE, ESQ. SB#125118 |
| 2 | JOHN A. MASON, ESQ. SB# 166996 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA 95661-3805 |
| 4 | Telephone (916) 797-3100 |
| | Facsimile (916) 797-3131 |

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | No. CV 08-01184 SI |
| Plaintiffs, | [~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |
| vs. | |
| ALDERWOODS GROUP, INC., | |
| Defendants. | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference in this matter, previously set for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

////

////

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** 1
Case No.: CV 08-01184 SI

1  IT IS SO ORDERED:

2  Dated: 7/25/11                              *Susan Illston (signature)*

3                                              Honorable Susan Illston
4                                              United States District Court

5

...

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE                                                              2
Case No.: CV 08-01184 SI